# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CLARENCE EDWIN ROSE,<br><br>        Plaintiff,<br><br>vs.<br><br>ABM JANITORIAL SERVICES – SOUTH CENTRAL, INC., *et al.*,<br><br>        Defendants. | 2:17-cv-02108-APG-CWH<br><br>**ORDER** |

The Court has been informed that the parties have reached a settlement. (ECF No. 16).

Accordingly,

IT IS HEREBY ORDERED that the Early Neutral Evaluation Session scheduled for December 20, 2017 is VACATED.

IT IS FURTHER ORDERED that the parties must file a stipulation and order for dismissal on or before January 16, 2018.

DATED this 14th day of December, 2017.

                                                                          _____
                                                                          CAM FERENBACH
                                                                          UNITED STATES MAGISTRATE JUDGE